No. 1091. Ogletree et al. *v.* Ohio. Ct. App. Ohio, Cuyahoga County. Certiorari denied. The Chief Justice, Mr. Justice Douglas and Mr. Justice Fortas are of the opinion that certiorari should be granted. *James R. Willis* for petitioners. *John T. Corrigan* and *Lloyd O. Brown* for respondent.

The following petitions for writs of certiorari are denied. THE CHIEF JUSTICE, MR. JUSTICE DOUGLAS and MR. JUSTICE FORTAS are of the opinion that certiorari should be granted.